NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TARA DENNINGTON,**

*Petitioner-Appellant*

**v.**

**SECRETARY OF HEALTH AND HUMAN SERVICES,**

*Respondent-Appellee*

---

2024-1214

---

Appeal from the United States Court of Federal Claims in No. 1:18-vv-01303-ZNS, Judge Zachary N. Somers.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                                     DENNINGTON V. HHS

(2)  Each side shall bear their own costs.


                                        FOR THE COURT


March 25, 2024                          Jarrett B. Perlow
     Date                               Clerk of Court


**ISSUED AS A MANDATE:** March 25, 2024